## CONSENT TO OPT-IN AS A PARTY PLAINTIFF

1. I, the undersigned individual, consent to opt-in to be a party plaintiff in a lawsuit against Defendant Town of Hingham in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. I hereby designate Attorney Daniel W. Rice, of Harrington & Rice, P.C., 738 Main Street, Hingham, MA, to represent me in this action, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

3. I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

_____
Print Name

Chris Lincoln

## CONSENT TO OPT-IN AS A PARTY PLAINTIFF

1. I, the undersigned individual, consent to opt-in to be a party plaintiff in a lawsuit against Defendant Town of Hingham in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. I hereby designate Attorney Daniel W. Rice, of Harrington & Rice, P.C., 738 Main Street, Hingham, MA, to represent me in this action, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

3. I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_Nicholas O'Brien_
Signature

_Nicholas O'Brien_
Print Name