UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES AFTOSMES, et. al.,<br>  Plaintiffs<br>v.<br><br>TOWN OF HINGHAM,<br>  Defendant | )<br>)<br>)<br>) Civil Action No.<br>) 1:22-cv-10314-JGD<br>)<br>) |

## ORDER

Based on the parties' Joint Motion to Approve Settlement, the Court finds that the proposed resolution represents a fair and reasonable settlement of this litigation involving claims under the Fair Labor Standards Act, 29 U.S.C. § 207(a) (the "FLSA"). The Court further finds that based upon the agreement of the parties, the separate attorney fees to be paid and the filing fee to be paid are likewise a fair and reasonable resolution.

As such, the Court approves the proposed settlement.

So ordered.

Dated: August 25, 2023              /s/ Judith G. Dein
                                    Judith G. Dein
                                    United States Magistrate Judge